UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK JAMES SANTOS, | ) | CASE NO. CV 09-3617-JSL (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| KEN CLARK, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: Aug 25, 2011

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\magfile3617.wpd